UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

EQUAL ACCESS FOR ALL, INC.
and JOE HOUSTON,

        Plaintiffs,

vs.                                       CASE NO. 8:04-CV-02747-JDW-TGW

DONALD A. PLEASANTS,

        Defendant.
_____/

## FINAL ORDER

This cause came before the Court upon Plaintiffs, Equal Access for All, Inc. and Joe Houston (hereinafter collectively referred to as "Plaintiffs") and Defendant's, Donald A. Pleasants ("Pleasants"), Stipulation to Final Order, and the Court having reviewed the stipulation and the court file, it is hereby

**ORDERED AND ADJUDGED** as follows:

1.     Except as otherwise indicated, Pleasants shall make the below repairs at Shady Oaks Plaza, 14930 North Florida Avenue, Tampa, Florida 33613-1632 (hereinafter referred to as the "Property"):

**A.     Exterior**

1. Pleasants shall provide a pair of universal design parking spaces that are twelve feet wide with a shared five foot wide access aisle. The shared access aisle for this pair of spaces shall connect with the sidewalk with an ADAAG compliant curb cut or ramp. The ramp shall not protrude into the access aisle or parking spaces.
2. The Parties agree that it is not readily achievable to repour the sidewalk in front of the facility. Pleasants shall purchase two temporary ramps which shall be kept at two separate tenants so as to ensure at least one ramp is available during all hours of operation. Pleasants shall install a sign at the handicapped parking spaces indicating that such ramps are available and their location. Pleasants shall establish a written policy requiring all tenants to utilize these ramps upon request by an individual with a disability. Pleasants agrees that upon renovation of the sidewalk, it shall ensure it complies with ADAAG.
3. Pleasants shall complete all modifications identified in Paragraphs 1 through 3 above by February 15, 2009.

**B.** **Yesterday Today and Tomorrow Florist**

1. Establish a written policy to provide assistance to the disabled upon request to obtain access to the offered goods and provide signage stating that such assistance is available upon request by December 30, 2005.
2. Provide a check out counter with a section 36 inches wide and no higher than 36 inches from the floor or in the alternative provide a fold-down shelf/writing table 36 inches wide and no higher than 36 inches from the floor for use by individuals with a disability at the checkout counter by September 30, 2009.
3. Install signage notifying individuals with a disability that there is an accessible restroom for use in Hungry Howie's Pizza by December 30, 2005.

**C.** **Cake Store**

1. Install signage notifying individuals with a disability that there is an accessible restroom for use in Hungry Howie's Pizza by December 30, 2005.

**D.** **Hair Stylist**

1. Install signage notifying individuals with a disability that there is an accessible restroom for use in Hungry Howie's Pizza by December 30, 2005.

**E.** **Carr Barber Supply**

1. Install signage notifying individuals with a disability that there is an accessible restroom for use in Hungry Howie's Pizza by December 30, 2005.
2. Provide a check out counter with a section 36 inches wide and no higher than 36 inches from the floor or in the alternative provide a fold-down shelf/writing table 36 inches wide and no higher than 36 inches from the floor for use by individuals with a disability at the checkout counter by September 30, 2009.

**F.** **Pool Store**

1. Install signage notifying individuals with a disability that there is an accessible restroom for use in Hungry Howie's Pizza by December 30, 2005.
2. Install exterior door hardware to comply with ADAAG 4.13.9 by September 30, 2009. Flat plate and panel type hardware are not accessible designs.

**G.** **Dance Boutique**

1. Install signage notifying individuals with a disability that there is an accessible restroom for use in Hungry Howie's Pizza by December 30, 2005.
2. Provide a check out counter with a section 36 inches wide and no higher than 36 inches from the floor or in the alternative provide a fold-down shelf/writing table 36 inches wide and no higher than 36 inches from the floor for use by individuals with a disability at the checkout counter by September 30, 2009.
4. Establish a written policy to provide assistance to the disabled upon request to obtain access to the offered goods and provide signage stating that such assistance is available upon request by December 30, 2005.

**H.** **Isorm Computers**

1. Install signage notifying individuals with a disability that there is an accessible restroom for use in Hungry Howie's Pizza by December 30, 2005.

**I.**    **Hungry Howie's Pizza**

1.    Provide a check out counter with a section 36 inches wide and no higher than 36 inches from the floor or in the alternative provide a fold-down shelf/writing table 36 inches wide and no higher than 36 inches from the floor for use by individuals with a disability at the checkout counter by September 30, 2009.

**J.**    **Pedicure Salon**

1.    Install signage notifying individuals with a disability that there is an accessible restroom for use in Hungry Howie's Pizza by December 30, 2005.

**K.**    **Sally's Pet Salon**

1.    Install signage notifying individuals with a disability that there is an accessible restroom for use in Hungry Howie's Pizza by December 30, 2005.
2.    Provide a check out counter with a section 36 inches wide and no higher than 36 inches from the floor or in the alternative provide a fold-down shelf/writing table 36 inches wide and no higher than 36 inches from the floor for use by individuals with a disability at the checkout counter by September 30, 2009.

**L.**    **Nextel Store**

1.    Install signage notifying individuals with a disability that there is an accessible restroom for use in Hungry Howie's Pizza by December 30, 2005.
2.    Establish a written policy to provide assistance to the disabled upon request to obtain access to the offered goods and provide signage stating that such assistance is available upon request by December 30, 2005.

**M.**    **Trinity Glass**

1.    At this time this space is vacant. Upon securing a new tenant, Pleasants shall require in its lease that the new tenant provide an accessible check-out counter with a section 36 inches wide and no higher than 36 inches higher from the floor.
2.    Install signage notifying individuals with a disability that there is an accessible restroom for use in Hungry Howie's Pizza by September 30, 2009 or upon securing a new tenant for the space, whichever occurs later.

2.    Upon completion of these repairs and modifications Pleasants will have removed all architectural barriers to access at the Property which are readily achievable.

3.    This Court reserves jurisdiction to determine all issues regarding attorneys' fees and costs incurred in this matter.

4.    All other pending motions are denied as moot. The clerk is directed to close this case.

**DONE AND ORDERED** this 5th day of May, 2005.

JAMES D. WHITTEMORE
United States District Judge

Copies furnished to:
Counsel of Record